37 F.3d 1491
 Webber (Lonnie C.), Beckford (David L.)
v.
County of Franklin, Worley (Samuel), Nieman (Doug), Zegar
(Dennis), Commissioners of Franklin County, Martin (Blake),
Chief Public Defender of Franklin County, Nelson (John F.),
District Attorney of Franklin County, Morris (Robert P.),
Mayor of Chambersburg, Detective Rosenberg (Michael), Stover
(J. William), Magistrate for Borough of Chambersburg, Public
Opinion News Agency, a Corporation
 NO. 94-3040
 United States Court of Appeals,
Third Circuit.
 Aug 11, 1994
 
 Appeal From: W.D.Pa.,
 Lee, J.
 
 
 1
 AFFIRMED.